ACCEPTED
12-15-00054-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/11/2015 9:58:44 AM
CATHY LUSK
CLERK

## NO. 12-15-00054-CV

### IN THE

### TWELFTH COURT OF APPEALS

### TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/11/2015 9:58:44 AM
CATHY S. LUSK
Clerk

_____

**SABRE ENERGY CORPORATION, SONCO HOLDINGS, LLC,
VAN W. MOUNTS AND EDWIN WESLEY SANO**

**v.**

**WELL-PRO SERVICES, L.P.**

_____

---

### Joint Motion to Abate Appeal

---

All parties, jointly, move the Court to abate this appeal, while the parties finalize a settlement.

1.  The appeal has been perfected, but the appellate record is not yet complete.

2.  Subsequent to a mediation ordered by this Court, the parties have agreed to resolve all their differences.

3.      The settlement is currently executory, and should be finalized within 60 days.  In the meanwhile, the appellants desire to preserve their appellate rights, but without incurring further appellate expenses in the interim.

4.      Upon the settlement's final execution, the parties intend to ask this Court for entry of further orders as contemplated in the settlement agreement.

WHEREFORE, PREMISES CONSIDERED, the parties jointly ask the Court to abate this appeal for 60 days, or until such time as the parties' settlement has been consummated.  The parties further request all other relief that this motion may authorize.

This 11ᵗʰ day of May, 2015.

                                        Respectfully submitted,

                                        RAMEY & FLOCK, P.C.
                                        100 East Ferguson, Suite 500
                                        Tyler, TX  75702
                                        Telephone:  (903) 597-3301
                                        Facsimile:    (903) 597-2413


                                              /s/ Greg Smith
                                        GREGORY D. SMITH
                                        State Bar No. 18600600
                                        gsmith@rameyflock.com
                                        ANDREW S. STINSON
                                        State Bar No. 24028013
                                        andys@rameyflock.com
                                        PAUL GILLIAM
                                        State Bar No. 07938700
                                        paulg@rameyflock.com

*Attorneys for Appellants*


<u>        /s/ Kyle Kutch            </u>
KYLE KUTCH
Attorney at Law
State Bar No. 11770543
211 East Tyler Street, Suite 600-G
Longview, TX  75601
Telephone:  (903) 236-8788
Facsimile:    (903) 236-0015
kyle@kutchlaw.com

*Attorney for Appellee*